**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**FRANK C. MELLO,**                                           **PLAINTIFF,**

**VS.**                                **CIVIL ACTION NO. 1:02CV366-P-D**

**SARA LEE CORPORATION;
THE NORTHERN TRUST COMPANY; AND
SARA LEE CORPORATION CONSOLIDATED
PENSION AND RETIREMENT PLAN,**                    **DEFENDANTS.**

## FINAL JUDGMENT

Pursuant to the Fifth Circuit Court of Appeals' Opinion and Order in *Mello v. Sara Lee Corporation, et al.*, 431 F.3d 440 (5th Cir. (Miss.) Nov. 22, 2005), the court finds that the plaintiff's claims should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) All of the plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**; and

(2) This case is **CLOSED**.

**SO ORDERED** this the 16th day of February, A.D., 2006.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE